# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:18-CR-327-MOC-DCK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JERRY MIKEL HOLLOMAN, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion To File Defendant's Memorandum Regarding Sentencing Under Seal" (Document No. 25) filed August 27, 2019. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to the affected materials, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as Defendant's Memorandum Regarding Sentencing contains sensitive and private information that is inappropriate for public access. Having carefully considered the motion and the record, and for good cause, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Motion To File Defendant's Memorandum Regarding Sentencing Under Seal" (Document No. 25) is **GRANTED**, and Defendant's Memorandum Regarding Sentencing (Document No. 24) is sealed until further Order of this Court.

Signed: August 28, 2019

David C. Keesler
United States Magistrate Judge