IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CR-327-MOC-DCK

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| JERRY MIKEL HOLLOMAN, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion To Seal" (Document No. 35) filed November 12, 2020. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to the affected materials, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as the Government's Response to Defendant's Motion to Reduce Sentence contains sensitive and private information that is inappropriate for public access, including Defendant's medical information. Having carefully considered the motion and the record, and for good cause, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the Government's "Motion To Seal" (Document No. 35) is **GRANTED**, and the "Government's Response To Defendant's Motion To Reduce Sentence" (Document No. 34) is sealed until further Order of this Court.

Signed: November 12, 2020

David C. Keesler
United States Magistrate Judge