UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cr-327-MOC-DCK-1

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| JERRY MIKEL HOLLOMAN, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's pro se "Motion for Reconsideration re Order on Motion to Reduce Sentence." (Doc. No. 39). Defendant bases his motion on changed circumstances in that he asserts that the prison where he is incarcerated now has a significant number of COVID-19 cases, whereas it had none when he first sought compassionate release. The Court will require the Government to respond to the motion.

## ORDER

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response to defendant's motion.

Signed: February 16, 2021

Max O. Cogburn Jr.
United States District Judge