UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cr-327-MOC-DCK-1

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **JERRY MIKEL HOLLOMAN,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's pro se Addendum. (Doc. No. 44). Defendant states in his Addendum that he has now exhausted his administrative remedies with the Bureau of Prisons for purposes of his motion for compassionate release. The Court will require the Government to respond to Defendant's Addendum.

Specifically, if the Government agrees that Defendant has now exhausted his administrative remedies, the Government shall notify the Court, and the Court will then rule on the merits of Defendant's underlying motion for compassionate release. The Government is not required to refile a new pleading on the merits and, instead, may rely on its prior brief in opposition.

**ORDER**

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response to Defendant's Addendum.

Signed: June 1, 2021

Max O. Cogburn Jr
United States District Judge